UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL R. SCHAFER, | Civil No. 6:15-CV-01941-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should reevaluate the medical evidence, including the opinions of Martin Kehrli, M.D. and Robert Henry Ph.D. The ALJ should reevaluate the severity of Plaintiff's symptoms consistent with Social Security Ruling 16-3p. The ALJ should obtain additional vocational expert evidence regarding Plaintiff's past relevant work and determine whether the work Plaintiff performed as a census taker was an unsuccessful work attempt. The ALJ should assess Plaintiff's transferrable skills, if any, and assess Plaintiff's ability to perform past work or other work.

IT IS SO ORDERED this __28__ day of __Sept__, 2016.

_____
UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [6:15-CV-01941-MC]

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Catherine Escobar
CATHERINE ESCOBAR
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3701

Page 1   ORDER - [6:15-CV-01941-MC]